| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 51-0155766 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3420 West Jefferson Boulevard** **Los Angeles, CA 90018** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** County | **Location of principal assets, if different from principal place of business** **3406 West Jefferson Boulevard; 3420 West Jefferson Boulevard; and APN # 50444005004 Vacant Residential Land. Los Angeles, CA 90018** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| Debtor | **Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation** | Case number (*if known*) |
| | Name | |

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8131__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

Debtor **Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation**  Case number (*if known*)
Name

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/02/2025
MM / DD / YYYY

*SIGNATURE FOLLOWS*

X **/s/ Saad Aldin Alazzawi**                             **Saad Aldin Alazzawi**
Signature of authorized representative of debtor           Printed name

Title  **Director**

**18. Signature of attorney**

X **/s/ Robert P. Goe**                           Date  01/02/2025
Signature of attorney for debtor                        MM / DD / YYYY

**Robert P. Goe 137019**
Printed name

**GOE FORSYTHE & HODGES LLP**
Firm name

**17701 Cowan
Lobby D, Suite 210
Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone  **(949) 798-2460**    Email address  **rgoe@goeforlaw.com**

**137019 CA**
Bar number and State

Debtor **Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/02/2025
MM / DD / YYYY

X /s/ Saad Aldin Alazzawi       Saad Aldin Alazzawi
Signature of authorized representative of debtor    Printed name

Title  **Director**

**18. Signature of attorney**

X /s/ Robert P. Goe
Signature of attorney for debtor

Date  01/02/2025
MM / DD / YYYY

Robert P. Goe 137019
Printed name

**GOE FORSYTHE & HODGES LLP**
Firm name

17701 Cowan
Lobby D, Suite 210
Irvine, CA 92614
Number, Street, City, State & ZIP Code

Contact phone  (949) 798-2460    Email address  rgoe@goeforlaw.com

137019 CA
Bar number and State

# RESOLUTION OF THE DIRECTORS
# AUTHORIZING CHAPTER 11 BANKRUPTCY FILING
# AND RETENTION OF COUNSEL

On December 31, 2024, a meeting the directors of the Institute of Islamic Studies, Inc., a Nonprofit Corporation organized under the laws of the State of California (the "Corporation") was convened at 10:00 a.m.  All directors were present and with notice of a meeting having been waived and it being determined that due to the financial circumstances of the Corporation , it was unanimously:

**RESOLVED** that the Corporation be authorized to file a petition seeking relief under Chapter 11 of Title 11 of the *United States Code* and that Saad Aldin Alazzawi be authorized to execute such documents as are necessary and appropriate to make such filing and to proceed with the Chapter 11 Bankruptcy case.

**IT WAS FURTHER RESOLVED** that the Corporation is hereby authorized to employ Robert P. Goe of Goe Forsythe & Hodges LLP as its general bankruptcy counsel in the Chapter 11 bankruptcy case.

01/02/2025    By:  */S/ SIGNATURE FOLLOWS*
Saad Aldin Alazzawi, Director and President of the Institute of Islamic Studies, Inc.

## RESOLUTION OF THE DIRECTORS
## AUTHORIZING CHAPTER 11 BANKRUPTCY FILING
## AND RETENTION OF COUNSEL

On December 31, 2024, a meeting the directors of the Institute of Islamic Studies, Inc., a Nonprofit Corporation organized under the laws of the State of California (the "Corporation") was convened at 10:00 a.m. All directors were present and with notice of a meeting having been waived and it being determined that due to the financial circumstances of the Corporation , it was unanimously:

**RESOLVED** that the Corporation be authorized to file a petition seeking relief under Chapter 11 of Title 11 of the *United States Code* and that Saad Aldin Alazzawi be authorized to execute such documents as are necessary and appropriate to make such filing and to proceed with the Chapter 11 Bankruptcy case.

**IT WAS FURTHER RESOLVED** that the Corporation is hereby authorized to employ Robert P. Goe of Goe Forsythe & Hodges LLP as its general bankruptcy counsel in the Chapter 11 bankruptcy case.

01/02/2025    By: _____
Saad Aldin Alazzawi, Director and President
of the Institute of Islamic Studies, Inc.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **-NONE-** | | | | | | |

Institute of Islamic Studies, Incorporated, a California
3420 West Jefferson Boulevard
Los Angeles, CA 90018


Robert P. Goe
GOE FORSYTHE & HODGES LLP
17701 Cowan
Lobby D, Suite 210
Irvine, CA 92614


California Dept. of Fee & Tax Admin
P.O. Box 942879
Sacramento, CA 94279-0001


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952


Green Tree Investment Partners, LLC
3515 South Sepulveda Blvd
Suite 400
Los Angeles, CA 90034


Green Tree Investment Partners, LLC
3415 South Sepulveda Blvd.
Suite 400
Los Angeles, CA 90034


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Meed Equity Capital, LLC
18425 Burbank Blvd
Tarzana, CA 91356




SHAB Enterprises, Inc.
3515 South Sepulveda Blvd
Suite 400
Los Angeles, CA 90034


SHAB Enterprises, Inc., a CA Corp.
12100 Wilshire Blvd
Suitre 800
Los Angeles, CA 90025


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


The PGM Family Trust
550 South Hill Street
Suite 168
Los Angeles, CA 90013

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Robert P. Goe 137019**<br>**17701 Cowan**<br>**Lobby D, Suite 210**<br>**Irvine, CA 92614**<br>**(949) 798-2460 Fax: (949) 955-9437**<br>California State Bar Number: **137019 CA**<br>rgoe@goeforlaw.com<br>**GOE FORSYTHE & HODGES LLP**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Saad Aldin Alazzawi_____ , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
    - ☒ I am the president or other officer or an authorized agent of the Debtor corporation
    - ☐ I am a party to an adversary proceeding
    - ☐ I am a party to a contested matter
    - ☐ I am the attorney for the Debtor corporation
2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    *[For additional names, attach an addendum to this form.]*
  b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**01/02/2025**
Date

By: **/s/ Saad Aldin Alazzawi**  *( SIGNATURE FOLLOWS)*
Signature of Debtor, or attorney for Debtor

Name: **Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012            **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - ■ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   [For additional names, attach an addendum to this form.]

   b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 01/02/2025

By: /s/ Saad Aldin Alazzawi
Signature of Debtor, or attorney for Debtor

Name: Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    F 1007-4.CORP.OWNERSHIP.STMT