| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe – State Bar No. 137019<br>Charity Manee – State Bar No. 286481<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan, Lobby D, Suite 210<br>Irvine, CA 92614<br>rgoe@goeforlaw.com<br>cmanee@goeforlaw.com<br><br>Telephone:  (949) 798-2460<br>Facsimile:  (949) 955-9437<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Institute of Islamic Studies, Incorporated California Nonprofit Corporation. | CASE NO.: 2:25-bk-10003-WB<br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
| Debtor(s). | |

1.  Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a.  Title of motion: <u>EMERGENCY MOTION FOR: (SEE ATTACHED PAGE)</u>

    b.  Date of filing of motion: <u>1/13/2025</u>

2.  Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a.  Briefly specify the relief requested in the motion:
        Emergency Motion for: 1. Order Approving Establishment of Adequate Assurance Payments With Respect to Debtor's Utilities;  and 2. Order Extending Deadline to File Schedules of Assets and Liabilities, and all case opening documents.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

    b.   Identify the parties affected by the relief requested in the motion:

Debtor's Utilities: Los Angeles Department of Water & Power, Southern California Gas Company, and T-Mobile.

    c.   State the reasons necessitating a hearing on shortened time:

Debtor's ability to reorganize is dependent continuing to have uninterrupted utility services at the Jefferson Property, to enable it to successfully reorganize.

3.   Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.   Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: _____

Goe Forsythe & Hodges LLP
Printed name of law firm

/s/ Robert P. Goe
Signature of individual Movant or attorney for Movant

Robert P. Goe
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                    **F 9075-1.1.APP.SHORT.NOTICE**

Robert P. Goe – State Bar No. 137019
Charity Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Lobby D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
cmanee@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Proposed Attorneys for: Institute of Islamic Studies, Incorporated,
            a California Nonprofit Corporation, Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Institute of Islamic Studies, Incorporated,<br>a California Nonprofit Corporation,<br><br>         Debtor and Debtor-in-Possession. | Case No. 2:25-bk-10003-WB<br><br>Chapter 11<br><br>ATTACHMENT TO APPLICATION<br>FOR ORDER SHORTENING TIME. |

      1(a) 1. Order Approving Establishment of Adequate Assurance Payments with Respect to Debtor's Utilities; Memorandum of Points and Authorities in Support Thereof; and 2. Order Extending Deadline To File Schedules Of Assets and Liabilities, and all case opening documents.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**17701 Cowan, Building D, Suite 210, Irvine, CA 92614.**

A true and correct copy of the foregoing document entitled (*specify*): Application for Order Setting Hearing on Shortened Notice on Emergency Motion for  1.Order Approving Establishment pf Adequate Assurance Payments with Respect to Debtor's Utilities; Memorandum of Points and Authorities in Support Thereof; and 2.Order Extending Deadline to File Schedules of Assets and Liabilities, etc. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/13/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
- 

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **1/13/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **1/13/2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 13, 2025 | Arthur E. Johnston | /s/ Arthur E. Johnston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                          **F 9013-3.1.PROOF.SERVICE**