**FILED & ENTERED**

FEB 07 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Institute of Islamic Studies, Incorporated, a California Nonprofit Corporation,<br><br>                      Debtor(s). | Case No.: 2:25-bk-10003-WB<br><br>Chapter 11<br><br>**ORDER CONTINUING HEARING ON MOTION BY SECURED CREDITORS GREEN TREE INVESTMENT PARTNERS, LLC, BENJICO, LLC, NOVI PARTNERS, LLC, EASTBORNE INVESTMENT, LLC, AND PARVIZ MOSSIGHI, AS TRUSTEE OF THE PGM FAMILY TRUST, FOR SINGLE ASSET REAL ESTATE DETERMINATION**<br><br>Date:       February 27, 2025<br>Time:      10:00 a.m.<br>Courtroom: 1375<br><br><u>Continued Hearing Date</u>:<br>Date:       March 6, 2025<br>Time:      10:00 a.m.<br>Courtroom: 1375 |

//

//

**IT IS HEREBY ORDERED** that the hearing on the Motion by Secured Creditors Green Tree Investment Partners, LLC, Benjico, LLC, Novi Partners, LLC, Eastborne Investment, LLC, And Parviz Mossighi, as Trustee of The PGM Family Trust, for Single Asset Real Estate Determination is continued from February 27, 2025 at 10:00 a.m. to March 6, 2025 at 10:00 a.m.

###

Date: February 7, 2025

Julia W. Brand
United States Bankruptcy Judge